# LAW OFFICE
# BARRY A. WEINSTEIN, ESQ., P.C.

888 Grand Concourse
Bronx, New York 10451

bweinstein2248@gmail.com                          Tel:(718) 665-9000
                                                  Fax:(718) 665-9147

September 17, 2020

**VIA ECF**

Honorable Lorna G. Schofield
United District Judge
United States Courthouse
40 Foley Square
New York, N.Y. 10007

Re:   United States v. Jason Pichardo, et ano.
      20 Cr. 369 (LGS)

Dear Judge Schofield:

    Motions in the above captioned case are currently scheduled to be filed on September 22, 2020. Due to the voluminous amount of discovery, we are respectfully requesting an additional 45 days to file our motions. I have spoken to the assigned assistant, and he consents to this request. I am also aware of the fact that co-counsel has made the same request of this Court. As recently as today, the assistant and I have been discussing a possible disposition of this case. Mr. Pichardo is currently housed inn the Essex County Correctional Facility in Newark, New Jersey. I plan on making an appointment to visit him next week so we can review the discovery, and hopefully agree on a disposition of his case.

    It is therefore respecetfully requested that the defense be granted an additeional 45 days to file motions if we cannot reach a disposition in this matter.

Respectfully submitted,

_____/s/_____
Barry A. Weinstein, Esq.

cc: A.U.S.A. Peter Davis

---

**Application Granted.** Defendants' motions, if any, shall be filed by **November 6, 2020**. The Government's response, if any, shall be filed by **November 20, 2020**. Defendants' reply, if any, shall be filed by **December 4, 2020**. The status conference currently scheduled for October 29, 2020 is adjourned to January 7, 2021 at 11:00 a.m. The Clerk of the Court is directed to terminate the letter motions at docket numbers 33 and 34.

Dated: September 21, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE