# LAW OFFICE
# BARRY A. WEINSTEIN, ESQ., P.C.
888 Grand Concourse
Bronx, New York 10451

bweinstein2248@gmail.com

Tel:(718) 665-9000
Fax:(718) 665-9147

November 2, 2020

**VIA ECF**

Honorable Lorna G. Schofield
United District Judge
United States Courthouse
40 Foley Square
New York, N.Y. 10007

Re: United States v. Jason Pichardo, et ano.
20 Cr. 369 (LGS)

Dear Judge Schofield:

Motions in the above captioned case are currently scheduled to be filed on November 6, 2020. I write this letter to respectfully request an additional thirty days to file said motions.

As previously mentioned, the discovery in this case is quite voluminous. The assigned assistant and I are engaged in active plea negotiations, and I anticipate receiving a proposed plea agreement shortly. I have also contacted the Essex County Correctional Facility in Newark, New Jersey, where Mr. Pichardo is housed, for a video conference. I requested today or tomorrow for the conference, but am still waiting to hear back from the facility as to the date. Once I meet with Mr. Picardo and review the latest round of discovery, I will know whether we have a disposition or need to file the motions.

I have also I have spoken to the assigned assistant, Peter Davis, and he consents to this request. I am informed co-counsel has made the same request of this Court. We also consent to the exclusion of speedy trial time for the above stated reasons.

---

Application Granted in part.  Defendants' motion(s), if any, shall be filed by **December 2, 2020**.  The Government's response shall be filed by **December 16, 2020**.  Defendants' reply shall be filed by **December 23, 2020**.  All other dates shall remain unchanged.  The Clerk of the Court is directed to terminate the letter motions at docket numbers 39 and 40.

Dated: November 6, 2020
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

It is therefore respectfully requested that the defense be granted an additional thirty days to file motions if we cannot reach a disposition in this matter.

Respectfully submitted,

_____/s/_____
Barry A. Weinstein, Esq.

cc: A.U.S.A. Peter Davis