UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA              :
                                      :
          - v. -                      :          **ORDER**
                                      :
JASON PICHARDO,                       :          20 Cr. 369 (LGS)
                                      :
          Defendant.                  :
                                      :
- - - - - - - - - - - - - - - - - - x

WHEREAS, defendant JASON PICHARDO requests to be scheduled to enter a guilty plea before Magistrate Judge;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

WHEREAS the Court understands that the Magistrate Judge on duty shall hear the defendant's plea by telephone because videoconferencing is not reasonably available;

WHEREAS the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

THE COURT HEREBY FINDS, that because the defendant has consented to proceeding remotely, the plea cannot be further delayed without serious harm to the interests of justice.

SO ORDERED.

Dated:   New York, New York
         January 12, 2021

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE