UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                      :
UNITED STATES OF AMERICA,            :
                               Plaintiff,   :
                                                           :         20 Cr. 369-02 (LGS)
              -against-                     :
                                                           :         <u>SCHEDULING ORDER</u>
JASON PICHARDO,                             :
                                             Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that Defendant Jason Pichardo's sentencing hearing shall be held on **May 20, 2021** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **April 25, 2021**. The Government's pre-sentencing submission, if any, shall be filed by **April 28, 2021.**

Dated: February 2, 2021
          New York, New York

                                                           **LORNA G. SCHOFIELD**
                                                 **UNITED STATES DISTRICT JUDGE**