UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,          :
                                  Plaintiff,     :
                                                      :            20 Cr. 369-02 (LGS)
                   -against-                    :
                                                      :            <u>ORDER</u>
JASON PICHARDO,                           :
                                         Defendant,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a sentencing hearing is currently scheduled for July 19, 2021, at 11:00 a.m.

WHEREAS, in light of the COVID-19 pandemic, it is unlikely that Defendant can be physically produced for an in-person sentencing. However, the Second Circuit has recognized, in cases such as *United States v. Salim*, 690 F.3d 115 (2d Cir. 2012), that a defendant can knowingly and voluntarily waive his right to be physically present at sentencing. A newly-scheduled sentencing will proceed only if the Defendant waives physically appearing. If Defendant chooses not to waive, the sentencing will be rescheduled for a later date. It is hereby

**ORDERED** that as soon as possible but no later than **July 30, 2021**, the parties shall file a joint letter stating whether they consent to the Court conducting this proceeding via videoconference and/or telephone conference. It is further

**ORDERED** that, subject to the parties' consent, the sentencing hearing is adjourned to **September 23, 2021, at 11:00 a.m.** and will be conducted via videoconference. Counsel for the Government and for Mr. Pichardo are directed to appear and will be provided with call-in instructions via email. Members of the public may attend by dialing the audio-only line, (888) 363-4749, using Access Code 558-3333. In the event the video technology does not function as

expected, Defendant and counsel also shall call this number.

Dated: July 16, 2021
      New York, New York

                                          **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**