UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                 :

UNITED STATES OF AMERICA,             :

                                                                                  :          20 Cr. 369-02 (LGS)

                      -v-                           :

                                                                                  :          **ORDER**

JASON PICHARDO,                           :

                                     Defendant,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, with JASON PICHARDO's consent, his guilty plea allocution was taken before Magistrate Debra C. Freeman on January 29, 2021;

       WHEREAS, a transcript of the allocution was made; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
           November 22, 2021

                                                                           LORNA G. SCHOFIELD
                                                                        UNITED STATES DISTRICT JUDGE