UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

        20 Cr. 369-02 (LGS)

ORDER

JASON PICHARDO,

                   Defendant,

-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

     It is hereby **ORDERED** that sentencing currently scheduled for November 30, 2021, at 12:00 pm is adjourned to **November 30, 2021, at 11:00 a.m.** due to a conflict in the Court's schedule**.**

Dated: November 22, 2021
      New York, New York

                              **LORNA G. SCHOFIELD**
                      **UNITED STATES DISTRICT JUDGE**