UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>JASON PICHARDO,<br>Defendant. | 20 Cr. 369-02 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference regarding the Probation Department's Violation of Supervised Release Report and Petition dated August 14, 2026, is currently scheduled for **September 29, 2026, at 11:00 a.m**. It is hereby

**ORDERED** that the Defendant's appointment of counsel and arraignment on the pending specifications is referred to the magistrate judge on duty. The Government shall promptly schedule a hearing date to take place before September 22, 2026. It is further

**ORDERED** the parties shall confer and file a joint status letter on **September 26, 2026,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: September 14, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE